IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARKUS LAVELLE CLEVELAND,<br><br>    Plaintiff,<br><br> vs.<br><br>VISION ELECTRIC, MR. MAIER, Journeyman Electrician Vision Electric; and SAMANTHA, HR Vision Electric;<br><br>    Defendants. | **8:23CV135**<br><br>**MEMORANDUM AND ORDER** |
| MARKUS CLEVELAND,<br><br>    Plaintiff,<br><br> vs.<br><br>SARPY COUNTY POLICE, and OFFICER WALKEWIZC, Police Officer;<br><br>    Defendants. | **8:23CV164**<br><br>**MEMORANDUM AND ORDER** |

The above-captioned matters are before the Court on Plaintiff's correspondence which the Court has docketed as motions for an extension of time. Filing No. 8, Case No. 8:23CV135; Filing No. 8, Case No. 8:23CV164. On April 25, 2023, and May 1, 2023, respectively, the Court granted Plaintiff leave to proceed in forma pauperis ("IFP") in each of these cases and ordered Plaintiff to pay an initial partial filing fee of $44.03 in each case. Filing No. 7, Case No. 8:23CV135; Filing No. 7, Case No. 8:23CV164. Plaintiff now asks that the Court grant him "an ample amount of time to pay the full court filing fee" as he has no income due to his incarceration and also asks "how to handle

this matter if insufficient." Filing No. 8, Case No. 8:23CV135; Filing No. 8, Case No. 8:23CV164.

Upon consideration, Plaintiff's motion for an extension of time is granted and Plaintiff shall have an additional 30 days to pay his initial partial filing fee in each case. Plaintiff is further advised that the Prison Litigation Reform Act provides that "[i]n no event shall a prisoner be prohibited from bringing a civil action . . . for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4). If Plaintiff does not pay the initial partial filing fee by the June June 30, 2023 deadline below, he will be given an opportunity to show cause for his failure to pay.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motions for extension of time, Filing No. 8, Case No. 8:23CV135; Filing No. 8, Case No. 8:23CV164, are granted. Plaintiff shall have until **June 30, 2023**, to pay his initial partial filing fee of $44.03 in both Case No. 8:23CV135 and Case No. 8:23CV164.

2. The Clerk of Court is directed to set a pro se case management deadline in both Case No. 8:23CV135 and Case No. 8:23CV164 using the following text: **June 30, 2023**: initial partial filing fee due.

Dated this 25th day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge